Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELITE REMODELING GROUP, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No.<br><br>2:20-cv-11241-MCS-MRW<br><br>**NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY AND RESPONSE TO ORDER TO SHOW CAUSE** |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled individually. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

    Plaintiff further requests this Court discharge its Order to Show Cause (Dkt. #10), as this matter has settled between the parties.

Dated: March 25, 2021

                      LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                      By:  /s/ Todd M. Friedman
                             Todd M. Friedman
                             Law Offices of Todd M. Friedman
                             Attorney for Plaintiff

# **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On March 25, 2021, I served a true copy of the NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY AND RESPONSE TO ORDER TO SHOW CAUSE on all counsel of record via the ECF Filing System: Executed on March 25, 2021.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:    /s/ Todd M. Friedman
       TODD M. FRIEDMAN, ESQ.
       ATTORNEY FOR PLAINTIFF