1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3  21550 Oxnard St., Suite 780
   Woodland Hills, CA 91367
4  Phone: 323-306-4234
5  Fax: 866-633-0228
   tfriedman@toddflaw.com
6  abacon@toddflaw.com
7  *Attorneys for Plaintiff*

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

10
                                              ) Case No. 2:20-cv-11241-MCS-MRW
11  TERRY FABRICANT, individually             )
    and on behalf of all others similarly     )
12  situated,                                 )
                                              )
13                                            )
14  Plaintiffs,                               )
                                              )
15       vs.                                  )
                                              )
16                                            )
    ELITE REMODELING GROUP, INC.,             )
17  and DOES 1 through 10, inclusive, and     )
18  each of them,                             )
                                              )
19  Defendant                                 )
20

21       **NOTICE OF VOLUNTARILY DISMISSAL WITHOUT PREJUDICE**
22
23       Now comes the Plaintiff, Terry Fabricant, by and through his attorneys, and
24  respectfully requests this Honorable Court enter an order dismissing this action
25
26  without prejudice as to both Plaintiff's individual claims and the putative class
27  members' claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Defendant has not
28  yet filed an answer.

---

NOTICE OF DISMISSAL

- 1 -

1
2  Dated: May 10, 2021
3                                         Respectfully submitted,
4
5           THE LAW OFFICES OF TODD M. FRIEDMAN, P.C.
6
7
                                    By:  /s/ Todd M. Friedman
8                                       TODD M. FRIEDMAN, ESQ.
                                        ATTORNEY FOR PLAINTIFF
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF DISMISSAL

# **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On May 10, 2021, I served a true copy of the NOTICE OF VOLUNTARILY DISMISSAL WITHOUT PREJUDICE on all counsel of record via the ECF Filing System:

Executed on May 10, 2021

[X ] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:   /s/ Todd M. Friedman
      TODD M. FRIEDMAN, ESQ.
      ATTORNEY FOR PLAINTIFF